No. 12–7392.  AITKEN *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 12–7426.  HUEBLER *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 12–7442.  BOWER *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 12–7445.  CATALANO *v.* COLSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–7450.  HUY TROUNG BUI *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 12–7454.  TONG XIONG *v.* FELKER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7458.  JAMES *v.* UNITED STATES SECRET SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 12–7484.  TAYLOR *v.* REILLY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 12–7494.  WILLACY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 12–7531.  FOXWORTH *v.* MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 12–7558.  NEAL *v.* BOOKER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 12–7561.  MCBRIDE *v.* GLUNT, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HOUTZDALE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 12–7572.  AVILEZ *v.* MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 12–7587.  CONCEPCION *v.* GROUNDS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 12–7606.  WERTH *v.* BRAZELTON, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.